UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-cr-00039-RLY-MPB |
| ) | |
| BRADLEY E. MCCOLLOM, ) -01 | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 2, 2018, the Court held an Initial Appearance on a Warrant for Violation of Supervised Release in the Petition filed January 22, 2018 (Dkt. No. 25). On May 30, 2018 the Court held a hearing on Supplemental Petitions filed April 9, 2018 (Dkt. No. 40) and May 3, 2018 (Dkt. No 42). The Court also advised the Defendant of the penalty allegations contained in the Notice filed by the Government on April 20, 2018 (Dkt. No. 41). On July 13, 2018, the Court held the Final Revocation Hearing. Defendant McCollom appeared in person with Counsel Conor O'Daniel. The government appeared by Kyle Sawa, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Jessica Campbell.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. After being placed under oath, Defendant McCollom admitted violation #10, (Dkt. No. 42). The government withdrew violations #1 through #9.

2. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | "The defendant shall not commit another federal, state or local crime."<br><br>As previously reported, a search was conducted on January 10, 2018, resulting in the discovery of multiple internet-enabled devices, including the offender's personal smartphone that contained several images of child pornography. The Federal Bureau of Investigation confirmed several images meet the definition the child pornography set forth in 18 U.S.C. § 2256(2)(A)(v). |

3. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is I.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 60 months imprisonment.

5. The parties jointly recommended a sentence of sixty (60) months with lifetime supervision.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of sixty (60) months. Defendant to recommence a lifetime of supervised release upon release from imprisonment under the same conditions as previously imposed.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: July 18, 2018

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal