UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-cr-00039-RLY-MPB |
| | ) | |
| BRADLEY E. MCCOLLOM, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On September 21, 2022 and October 11, 2022, the Court held hearings on the Petition for Warrant for Violation of Supervised Release, filed on September 20, 2022.  (Docket No. 79).  Defendant McCollom appeared in person with appointed counsel Chad Groves.  The government appeared by Todd Shellenbarger, Assistant United States Attorney.  The United States Probation and Parole Office was represented by Officers Sabina Delgado and Katrina Sanders.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 82). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Kirk of his rights and provided him with a copy of the petition.

2.      Defendant orally waived his right to a preliminary hearing.

3.      After being placed under oath, Defendant McCollom admitted violations No. 1, 4, 5 and 6. (Docket No. 79).  The government orally moved to withdraw the remaining violations, which motion was granted by the Court; violation numbers 2 and 3 were dismissed.

4.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| 1 | | "You shall not have unsupervised meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have supervised meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision."<br><br>On September 16, 2022, the U.S. Probation Officer conducted an unannounced home visit at Mr. McCollom's residence. Mr. McCollom indicated his girlfriend and her minor daughter were present in the home. Mr. McCollom did not request approval to have supervised contact with his girlfriend's daughter.<br><br>Also through computer monitoring software, this officer discovered text messages between Mr. McCollom and his girlfriend's daughter from September 16, 2022. |
| 4 | | "You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."<br><br>As previously reported, while reviewing the contents of Mr. McCollom's Internet capable device through the computer monitoring software, it was discovered he was employed as an Uber driver. Mr. McCollom had not previously disclosed this information to his officer. |

| 5 | "You shall be monitored by GPS Monitoring for a period of 180 days, to commence as soon as practical, and shall abide by all the technology requirements. You may be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court-ordered obligations, or other activities as pre-approved by the probation officer."<br><br>As previously reported to the Court, on August 18, 2022, Mr. McCollom was pre-approved to go to the grocery and do his laundry; however, instead of his approved activities, he drove to Posey County, Indiana. On August 22, 2022, Mr. McCollom indicated he "got a good deal" on the Internet on a pet snake and he drove to Posey County to meet the owner and purchase the snake. He admitted he used his pre-approved time inappropriately. |
| --- | --- |
| 6 | "You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The treatment provider should determine the type and timing of such polygraph examinations. The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer."<br><br>As previously reported to the Court, on August 19, 2022, through computer monitoring and discussions with the treatment provider, this officer discovered Mr. McCollom had been dishonest with his treatment provider; therefore, not fully participating in the program. |

5.    The parties stipulated that:

(a)    The highest grade of violation is a Grade **C** violation.

(b)    Defendant's criminal history category is **I**.

(c)    The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **3 to 9** months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months with continuance of a term of lifetime supervision upon release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: October 12, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal